An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ALLEN KOERSCHNER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61398

**FILED**

APR 0 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

<u>ORDER OF AFFIRMANCE</u>

This is a proper person appeal from an order denying a petition for a writ of mandamus.[1] Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

In his petition filed on June 19, 2012, appellant sought production of a copy of the criminal complaint filed in the justice court on June 12, 1992. Based upon our review of the record on appeal, we conclude that the district court did not abuse its discretion in denying the

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. <u>See</u> <u>Luckett v. Warden</u>, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10402

petition.  See NRS 34.160.  Accordingly, we

ORDER the judgment of the district court AFFIRMED.[2]

_____ , J.
Hardesty

_____ , J.
Parraguirre

_____ , J.
Cherry

cc:     Hon. Elissa F. Cadish, District Judge
        Allen Koerschner
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[2]We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted.  To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.